**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro MARTINEZ–PATRICIO,**
**Defendant–Appellant.**

No. 02–7652.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

Pedro Martinez–Patricio, Appellant Pro Se. Steven Hale Levin, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Pedro Martinez–Patricio seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Martinez–Patricio has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*